UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. DEONARINE,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>LOPEZ, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:22-03353 JLS (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' Motion for Summary Judgment (Dkt. No. 52), Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 55), Plaintiff's related filings (Dkt. Nos. 56-58), Defendants' Reply (Dkt. No. 60), the Report and Recommendation of United States Magistrate Judge (Dkt. No. 66), and Plaintiff's Objection with Points and Authorities to Report and Recommendation of United States Magistrate Judge (Dkt. No. 68).

　　　　The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections were made and overrules the objections.

1  Specifically, with regards to the objection asserting that reasonable cause and probable cause are identical in meaning (Dkt. No. 68 at 32); this is incorrect.  Reasonable cause, as used in Cal. Penal Code § 851.8(b), is distinct from probable cause and is "understood to refer to a determination made after all relevant evidence comes to light."  <u>Tennison v. California Victim Comp. & Gov't Claims Bd.</u>, 62 Cal. Rptr. 3d 88, 97 (Cal. Ct. App. 2007).  Probable cause is determined based on information known at the time of the arrest.  See <u>Blankenhorn v. City of Orange</u>, 485 F.3d 463, 475 (9th Cir. 2007).  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation (Dkt. No. 66) is accepted;
2. Defendants' Motion for Summary Judgment (Dkt. No. 52) is granted;
3. The case is dismissed with prejudice; and
4. Judgment is to be entered accordingly.

DATED: March 28, 2024

_____
THE HONORABLE JOSEPHINE L. STATON
United States District Judge