JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. DEONARINE,<br><br>  Plaintiff,<br><br>  v.<br><br>LOPEZ, et al.,<br><br>  Defendants. | Case No. 2:22-03353 JLS (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed with prejudice.

DATED: March 28, 2024

_____
THE HONORABLE JOSEPHINE L. STATON
United States District Judge